**United States District Court**
**District of Nebraska**

**Producers Livestock Credit Corporation, a Delaware corporation,**

**Plaintiff,**

**v.**

**Vernon Moody and Anita Moody, d/b/a Eagle Ridge Livestock, Inc., and Eagle Ridge Livestock, Inc., a Nebraska corporation,**

**Defendants,**

**and**

**ARMtech Insurance Services,**

**Garnishee.**

**Case No. 8:12-cv-00371**

**Order of Dismissal**

This matter is before the Court on Plaintiff Producer Livestock Credit Corporation's Satisfaction and Motion to Dismiss (Filing #30).

**THE COURT FINDS THAT:**

1. Plaintiff acknowledges payment and satisfaction of the final judgment in Case No 12-7713, *Producers Livestock Credit Corporation v. Vernon Moody & Anita Moody, d/b/a Eagle Ridge Livestock, Inc., and Eagle Ridge Livestock, Inc.*, District Court, Douglas County, Nebraska, which gives rise to this garnishment proceeding.

2. The pending Motion to Dismiss filed by Garnishee ARMtech Insurance Services (Filing #18) and the Motion for Default Judgment filed by Plaintiff (Filing #20) are therefore moot.

3. Plaintiff has requested that this garnishment proceeding be dismissed and dismissal is appropriate.

**IT IS ORDERED:**

1. Garnishee ARMtech Insurance Services' Motion to Dismiss (Filing #18) is denied as moot

2. Plaintiff Producers Livestock Credit Corporation's Motion for Default Judgment (Filing #20) is denied as moot.

3. Plaintiff Producers Livestock Credit Corporation's Motion to Dismiss (Filing #30) is granted.

4. This case is dismissed. The parties shall pay their own costs and attorneys' fees.

July 3, 2013.

By the Court:

s/ Joseph F. Bataillon
~~Thomas D. Thalken, United States Magistrate Judge~~
United States District Judge

Approved as to Form and Substance:

Producers Livestock Credit Corporation of Omaha, Plaintiff

By: s/Brian E. Jorde
David A. Domina., #11043
Brian E. Jorde, #23613
DOMINALAW Group pc llo
2425 South 144th Street
Omaha, NE 68144-3267
402-493-4100

ARMtech Insurance Services, Garnishee

By: s/ Sonya K. Koperski
Sonya K. Koperski, #22673
Leininger, Smith, Johnson, Baack, Placzek & Allen
PO Box 790
Grand Island, NE 68802
308-382-1930

Vernon Moody and Anita Moody, d/b/a Eagle Ridge Livestock, Inc., and Eagle Ridge Livestock, Inc., Defendants

By: s/
Galen E. Stehlik, #15578
Lauritsen, Brownell, Brostrom & Stehlik, PC, LLO
P.O. Box 400
Grand Island, NE 68802
308-382-8010



BQ4098